UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEMANT K. MODY, Ph.D., : | |
| : | CIVIL ACTION NO.: |
| Plaintiff, : | 3:04CV0358 (JCH) |
| : | |
| V. : | |
| : | |
| GENERAL ELECTRIC COMPANY, : | |
| : | MAY 11, 2006 |
| Defendant. : | |

PLAINTIFF'S PRETRIAL SUBMISSION RE:
EXPERT WITNESSES

Pursuant to this Court's Pretrial Order, plaintiff submits to the Court the following information and documents[1] relating to the expert witnesses whose testimony plaintiff intends to proffer at the trial of this matter:

1. *Sheldon Wishnick, FSA, MAAA, FLMI, Actuarial Litigation Service, 94 Stagecoach Lane, Newington, CT 06111.*

Mr. Wishnick is the damages expert retained by plaintiff to perform a valuation of income and benefit loss in connection with Dr. Mody's termination of employment from GE. Mr. Wishnick is a Fellow of the Society of Actuaries and a Member of the American Academy of Actuaries. Since forming Actuarial Litigation Service in 1996, he has testified in numerous depositions, arbitrations, mediations and state and federal courts. Mr. Wishnick's Curriculum Vitae is attached hereto as Exhibit A.

Mr. Wishnick will testify that as a result of Dr. Mody's termination from GE Dr. Mody has suffered economic damages. He will further testify as to the appropriate quantification of

---

[1] Exhibits C, D and E hereto contains financial and medical information which one or more of the parties to this litigation have designated as "Confidential" in the discovery process. As such, these Exhibits are the subject of a Motion to File Under Seal in accordance with Local Rule 5(d) and the Protective Order entered in this action on November 8, 2004.

damages suffered by Dr. Mody, in accordance with his expert report previously supplied (see Disclosure of Expert Witness attached hereto as Exhibit C), and recently supplemented (see updated report attached hereto as Exhibit D), including the method by which he calculated the damages and the general actuary and economic principles, methods and assumptions utilized. He will further testify about the basis for any factual assumptions utilized in his analysis and the current values of the calculations in his expert report.

2.      **_H. Robert Silverstein, M.D., Saint Francis Care, 114 Woodland Street, Hartford, CT 06105._**

Dr. Silverstein is a physician specializing in cardiology who has treated Dr. Mody since August 1998. Dr. Silverstein's Curriculum Vitae is attached hereto as Exhibit B.

Pursuant to his expert opinion previously provided, Dr. Silverstein will testify that Dr. Mody is susceptible to stress such as that caused by GE due to its actions in response to Dr. Mody's complaints of discrimination and retaliation. Dr. Silverstein will further testify that Dr. Mody has personal stressors/anxiety relating to work issues and that such psychological/spiritual/emotional states have a definite effect on his multiple medical disorders. Dr. Silverstein will testify that Dr. Mody has severe chronic renal (kidney) disease/dialysis, atherosclerosis with recent congestive heart failure and acute myocardial infarction, documented coronary artery disease treated with stent in the RCA, bilateral renal artery stenosis-stented, hypercalcemia, mitral and tricuspid regurgitation documented by echo, cardiomyopathy, low

vitamin D, and history of IGA nephropathy. (See Disclosure of Expert attached hereto as Exhibit E).

By /s/
Scott R. Lucas (ct05517)
Claire E. Ryan (ct22145)
*Attorneys for Plaintiff*
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
cryan@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 11th day of May, 2006, a copy of the foregoing was mailed, first class, postage prepaid, to:

Richard Voigt, Esq.
Robert J. Gallo, Esq.
McCarter & English, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103
Phone: (860) 275-6700
Fax: (860) 724-3397
rvoigt@mccarter.com
rgallo@mccarter.com

Grace Han, Esq.
GE Consumer & Industrial
41 Woodford Avenue
Plainville, CT 06062
Phone: (860) 747-7408
Fax: (860) 747-7079
Grace.han@ge.com

_____
Scott R. Lucas (ct00517)
Martin Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06902
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com